# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 12 WAL 2016

           : 

           Respondent      : 

           :   Petition for Allowance of Appeal from

           :   the Order of the Superior Court

           v.            : 

           : 

           : 

ALBERT BALDISH,            : 

           : 

           Petitioner      : 

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.